United States District Court
Southern District of Texas
**ENTERED**
June 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOHN CASAS and CLAUDIA CASAS | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION NO. 7:22-cv-00260; |
| | § | CIVIL ACTION NO. 7:22-cv-00263; |
| VS. | § | CIVIL ACTION NO. 7:22-cv-00264; |
| | § | CIVIL ACTION NO. 7:22-cv-00265; |
| | § | *and* |
| TRAVELERS PERSONAL INSURANCE | § | CIVIL ACTION NO. 7:22-cv-00268. |
| and DOMINIQUE HERDT | § | |
| *Defendants,* | § | |

## **ORDER**

The Court now considers the parties' "Stipulation of Dismissal."[1] On May 5, 2023, the parties advised the Court that they settled these cases on April 26, 2023.[2] They now stipulate that these cases are "dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii)."[3]

Because the stipulation is signed by both parties[4] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they have effectively dismissed these cases and no further action by this Court is necessary.[5]

All of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. These cases are terminated, and the Clerk of the Court is instructed to close the above styled cases.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of June 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 25.
[2] Dkt. No. 23.
[3] Dkt. No. 25.
[4] *Id.*
[5] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).